## CHICAGO, INDIANAPOLIS & LOUISVILLE RAILWAY COMPANY v. BARKER, ADMINISTRATRIX.

[No. 5,712. · Filed June 28, 1907.]

APPEAL.—*Transfer.*—Where four judges cannot concur in the decision of a case in the Appellate Court, the cause will be transferred to the Supreme Court (§1337o Burns 1901, Acts 1901, p. 565, §15).

From Owen Circuit Court; *George W. Grubbs,* Special Judge.

Action by Dolly M. Barker, as administratrix of the estate of Albert S. Barker, deceased, against the Chicago, Indianapolis & Louisville Railway Company. From a judgment on a verdict for plaintiff for $5,000, defendant appeals. (For decision on the merits, see 169 Ind. ——.) *Transferred to Supreme Court.*

*E. C. Field, I. H. Fowler* and *H. R. Kurrie,* for appellant. *Charles E. Thompson* and *Homer Elliott,* for appellee.

PER CURIAM.—This appeal having been submitted to the entire court and four judges thereof not concurring in the result, the case is transferred to the Supreme Court under section fifteen of "an act concerning appeals," etc. Acts 1901, p. 565, §1337o Burns 1901.